**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

---

**NATALI J.H. TODD**
**MEMBER: NY & MA BAR**

**26 COURT STREET**
**SUITE 413**
**BROOKLYN, NY 11242-1134**

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

March 15, 2025

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



SO ORDERED.
3/18/2025
DATE       VICTOR MARRERO, U.S.D.J.

Re:    U.S. v. Ariyan Labella, S9 21 Cr. 93 (VM)

Dear Judge Marrero:

    I represent Ms. Labella in the above-referenced indictment. Ms. Labella was arrested on March 11, 2025, and was arraigned on the S9 Indictment on the same day. The Court has scheduled a status conference on March 21, 2025.

    I respectfully request that my co-counsel, Evan Lipton, stand in for me as I have a previously scheduled engagement and cannot attend the conference at the scheduled date and time. I have discussed the matter with Ms. Labella, and she consents to having Mr. Lipton stand in for me at this status conference.

    Accordingly, I request that my appearance for the upcoming March 21, 2025, conference be waived. Thank you.

Respectfully,
/s/
Natali Todd, Esq.

**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

*U.S. v. Fertides, et al., S1 18 Cr. 319 (LTS)*