USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/17/2026____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| USA, | |
| Plaintiff, | |
| - against - | |
| ARIYANA LABELLA, | |
| Defendant. | |

**21 CR 93 (VM)**

**AMENDED ORDER**

**VICTOR MARRERO, United States District Judge.**

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute: *
Motion for Bail Modification and Request for Hearing (Dkt. Nos. 536, 551)

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial.

Particular Motion:_____

___   All such motion

**SO ORDERED.**

Dated:  March 17, 2026
        New York, New York

Victor Marrero
U.S.D.J.