USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/18/2026___

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA


    -against-                                  **ORDER**
                                          S9  21 Cr. 93 (VM)

ARIYAN LABELLA,

        Defendant.
--------------------------------------------------------X

Upon the application of ARIYAN LABELLA, a defendant in this matter, by her attorney

Natali J.H.Todd, Esq., for an Order authorizing the appointment of counsel pursuant to the

Criminal Justice Act, 18 U.S.C. §3006A;

IT IS HEREBY ORDERED, that:

Grainne O'Neill, Esq., is appointed as counsel to represent Ariyan Labella in the above-

referenced matter, pursuant to Criminal Justice Act 18 U.S.C. §3006A.


Dated: New York, New York
       May 18, 2026


                                  **SO ORDERED.**

                                  Victor Marrero
                                  U.S.D.J.